UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROY ANTHONY RIMA,<br><br>        Defendant. | CASE NO. CR23-5070 BHS<br><br>ORDER |

This matter is before the Court on defendant Rima's motion to extend his surrender date, Dkt. 149.

On September 17, 2024, the Court sentenced Rima to 18 months of imprisonment for unlawful possession of a firearm, mail theft, and possession of stolen mail. Dkt. 137. The Court allowed him to self-surrender through coordination with Probation and Pretrial Services. *Id.* Probation directed Rima to surrender to FCI Lompoc II, in Lompoc, California, on October 28, 2024. Dkt. 149 at 1.

Rima moves for an extension of his surrender date. *Id.* Citing financial constraints and limited flight connectivity between Seattle and Lompoc, Rima states he does not have enough savings to pay for his transportation to FCI Lompoc II. *Id.* at 2. He asks for

ORDER - 1

a two-week extension of his surrender date so that he can use his final paycheck to pay for his transportation to the facility. *Id.*

While this is not an emergency, whether the Court should consider the motion to extend the surrender date is discretionary. Because Rima's reporting date is set for October 28, 2024, the Court directed the Government to respond before the noting date for this motion, October 30, 2024.

The Government opposes Rima's request for the two-week extension. Dkt. 150. It argues that the delay is unwarranted because Rima planned poorly for the "inevitability" of his surrender. *Id.* at 3.

The motion, which is also considered at the Court's discretion, is **GRANTED**. The Court sentenced Rima to a relatively short custodial sentence of 18 months. He has been in compliance with his conditions of pretrial release for many months. The extension is for a brief period of time and there is no identified hardship to any third party in granting the motion.

Therefore, it is hereby **ORDERED** that defendant Rima's motion to extend his surrender date, Dkt. 149, is **GRANTED.**

Dated this 22nd day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2